UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                               **ORDER**
        v.                                                       13-CR-44-A

ZELJKO SAVIJA,

                  Defendant.

---

       This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings.  Defendant Zeljko Savija filed a motion to suppress (Dkt. No. 19) statements he allegedly made during a meeting with federal law enforcement officers on July 15, 2011 on grounds of due process violations.  An evidentiary hearing was held on March 10, 2014.  The parties filed post-hearing memoranda on June 12, 2014 and June 26, 2014, and the matter was taken under advisement.  Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 34) on October 23, 2014 recommending the Court find that defendant Savija's alleged statements were voluntary, and that no other due process violation occurred during his meeting with law enforcement officers on July 15, 2011.

       Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Report and Recommendation, and no objections having been filed, it is hereby

       **ORDERED**, for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant Savija's motion to suppress his July 15, 2011 statements (Dkt. No 19) is denied.  The Report and Recommendation (Dkt. No. 34)  is

therefore adopted in its entirety.  The parties shall appear as previously scheduled on February 2, 2015 to set a date for trial.  Counsel who will try the case should appear.

**IT IS SO ORDERED.**

                                                  ___*Richard J. Arcara*___
                                            HONORABLE RICHARD J. ARCARA
                                            UNITED STATES DISTRICT COURT

Dated:  December 16, 2014